ORIGINAL

NAME: Jackie Sauer
MAILING ADDRESS: 820 Chalcedony Street
CITY, STATE, ZIP CODE: San Diego, CA
TELEPHONE NUMBER: 858-531-2525
FACSIMILE AND E-MAIL (if applicable):

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 29 2007
at 12 o'clock and 00 min. P M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

CIVIL NO. CV07 00291 DAE BMK

Jackie Sauer
           Plaintiff,

vs.

Church of Jesus Christ
of Latter-day Saints
Employment
           Defendant(s).

EMPLOYMENT DISCRIMINATION COMPLAINT — Summons

For placing me in a hostile and harassing environment brought on by their own members. They never gave me protocol to follow in case of harassment.
— Collaborating accomplice —

1. Plaintiff resides at:
   Address: Jackie Sauer
   City, State & Zip Code: 820 Chalcedony Street, San Diego, CA
   Phone number: 858-531-2525

2. Defendant is located at:
   Address: The Church of Jesus Christ of Latter-day Saints
   City, State & Zip Code: Employment Services, Honolulu, HI

EEO 1

3.  This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. § 2000e-5. Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g).

4.  The acts complained of in this suit concern:

    A.  _____ Failure to employ me.

    B.  _____ Termination of my employment.

    C.  _____ Failure to promote me.

    D.  __X__ Other acts as specified below:

    *for placing me in a hostile and harassing environment caused by their own members.*

    Charge on the Church of Jesus Christ of Latter-day Saints Employment Services for placing me in a hostile and harassing working environment, *and they gave me no protocol to follow in case of harassment.*

    I request to file a lawsuit against the Church of Jesus Christ of Latter-day Saints Employment Services since I was hired through them into a hostile and harassing environment.

    *The office secretary for the LDS Employment Services attends Clifford Jamile's Hawaii Kai congregation. Would this be called circumstantial evidence? Yes, this was collaborated + accomplice.*

EEO 1 - Page 2

5. Defendant's conduct is discriminatory with respect to the following:

   A. _____ My race or color

   B. \_\_X\_\_\_\_ My religion.

   C. _____ My sex.

   D. _____ My national origin.

   E. \_\_X\_\_\_\_ Other as specified below

   Religious + Sexual harassment

6. The basic facts surrounding my claim of discrimination are:

   The Secretary for the Mormon employment office attends Clifford Janiles Hawaii Kai congregation. Yes this was collaborated.

7. The alleged discrimination occurred on or about _During the Time of and after working at Pro Service_
(Date)

8. I filed charges with the Federal Equal Employment Opportunity Commission (or the State of Hawaii Department of Labor and Industrial Relations, Enforcement Division regarding defendant's alleged discriminatory conduct on or about _4/2007_.
(Date)

9. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue Letter (copy attached), which was received by me on or about _4/30/07_.
(Date)

10. WHEREFORE, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

Dated: _5/15/07_

_Jackie Sauer_
Signature of Plaintiff

_Jackie Sauer_
Plaintiff's Name - printed, or typed.
*(Notarization is not required)*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Hawaii

V.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

ALL NAMED DEFENDANTS

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SUE BEITIA                                         MAY 2 9 2007

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 5/17/07 |
| NAME OF SERVER (PRINT) Jackie Sauer | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/15/07
_Date_

_Signature of Server_  Jackie Sauer

_Address of Server_  820 Chalcedony Street
San Diego, CA 92109

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.