

May 3, 2007

U.S. District Court of Hawaii
300 Ala Moana Boulevard, Suite 338
Honolulu, HI 96850

Re: Sherri K. Akeo and Haunani K. Hew-Len Civil Complaint against Jackie Sauer

To Whom It May Concern:

I understand that I am the wrong person to make this request, but to whom do we submit a request for a motion to dismiss or drop Ms. Haunani Hew-Len's civil complaint against Jacqueline K. Sauer?

In November 2004 Clifford Jamile harassed me at ProService for my religious decisions to separate myself from the Mormon Church by giving me a verbal warning to put the Mormon undergarments back on. Then to further harass me members of the Mormon Church, members of his congregation filed a sexual harassment complaint against me. It is clear that Mr. Jamile was giving me an ultimatum in his office, either put the undergarments back on or he will see to it that a sexual harassment complaint is filed against me. The collisional timing of me separating myself from the Mormon Church and this sexual harassment complaint against me is entirely too implicating of religious harassment. Clifford never required me to do the pre-employment drug test to work at ProService because he recruited me through the Mormon Church, which does not require a drug test; just one more example of religious discrimination. As a Mormon I got privileges and when I deviated from the Mormons I was harassed.

What evidence is there that I harassed Haunani? There are no emails from me to her; there are no cell calls from me to her; I never visited her family's house. I never invited her to do anything with me at work (lunches or breaks) or outside of work. I took all my lunches and breaks by myself or with my manager. I had no power of influence over her position at work. I had no power of management over her. She accused me of touching her butt or waist. I did not. I asked her if she was sexually active with her boyfriend, because she was dressing provocatively at work and her mother made too much personal information about Haumani public information. If there is no evidence against me I request for a motion to have this civil complaint against Jacqueline K. Sauer dropped.

In its place I request to file a lawsuit against the Church of Jesus Christ of Latter-day Saints Employment Services since I was hired through them into a hostile and harassing environment, and they gave me no protocol to follow in case of harassment.

I request to file a lawsuit against Clifford Jamile for harassing me on the job by ordering me to put the Mormon undergarments back on. He allowed Sherri to harass me at the office for my choice to not wear the garments, e.g. her public display of her religious undergarments in the workroom. He then used this civil complaint of sexual harassment filed by Sherri to harass me further.

This by no means removes the Hawaii Civil Rights Office from responsibility. They knowingly assisted in the violation of my civil rights - freedom of religion. This by no means removes ProService from responsibility. They too knowingly assisted in the violation of my civil rights – freedom of religion. Michael Nauyokas, Esq, had access to my statements in December 2004 reporting Clifford Jamile for ordering me to put the Mormon undergarments back on. I should have been able to count on my company for protection. I should have been able to count on the Hawaii Civil Rights Office for protection. I request to file a lawsuit against the Hawaii Civil Rights Office and ProService for discrimination, negligence, and accomplice. I do not think they collaborated. They just allowed it to happen.

I request to file a lawsuit against Teresa Jamile for sexual harassment for approaching me on the subject of a three-some and trying to engage me in the conversation. The fact that I know this "confidential Bishopric information" is evidence that this conversation did happen. I never attended their congregation. I did not get this information via church gossip.

If the motion to dismiss Ms. Hew-Len's complaint against me is honored, I request 2 letters of apology, one from Haunani Hew-Len and one from her mother, Sherri Akeo, to be submitted through the Hawaii Civil Rights Office and the Hawaii EEOC Office.

Neither the Mormons nor anyone sympathetic with them should have access to my phone number or my address. The only offices that have my permission to have my phone number and address are the EEOC offices and U.S. District Court of Hawaii for legal representation. ProService is not to be in contact with me until I have been legally advised regarding the information that is missing in their notes or until the motion to dismiss Ms. Haunani Hew-Len's complaint against me has been considered.

Sincerely,

*Jackie Sauer*

Jackie Sauer