

I request for relief of damages:

1. Without hard evidence to support Haunani's complaint against me I believe that she, under the leadership of her mother and religious church leaders misused the laws that are designed to empower women and people as a whole in the workplace environment. I want to know that Ms. Haunani Hew-Len and her mother Sherri Akeo will face responsibility for filing a "frivolous" motion against Jacqueline K. Sauer.

2. I request money for emotional and career damages to the sum of $3.5 million. My career has been completely rerouted since this traumatic incident at ProService. And I do mean traumatic. You must understand how lonely and violated I felt during this whole incident: ProService does not care about this lawsuit, this is small stuff to them; the Hawaii Civil Rights Office does not care, I have just been one more complaint in a big bucket (they didn't even read my statement, which shows how much they care); Clifford and Teresa Jamile, Sherri and Haunani have been able to turn to their religious congregation for support, but I had no one to turn to. I had no one that I could trust with such a personal violation as sexual harassment. I had just newly left the Mormon Church and I did not have any support system for myself outside the Mormon Church. Since ProService I no longer feel safe from sexual harassment, either as plaintiff or as defendant, working in an office environment. I no longer feel safe working around young adults for fear that they will misconstrue something I might say. The incidents at ProService have had a negative affect on how I interact with people that I work around. I am entirely too paranoid that someone will call me on sexual harassment. I am uncomfortable doing things with people outside of work. I tense up when anyone touches me at work. Because of this experience at ProService I am not using the English degree that I worked for 20 years to attain, instead I have moved to San Diego to join the Electrical Union. It is obvious from my marked change of career direction that something serious has happened in my career path. I moved from Honolulu because I do not trust the community or its leaders. No community as a whole is entirely at fault for any wrong incident so I am sad that I have come to this decision of "no confidence."

3. $1,000,000 to be awarded by ProService for negligence and discrimination. — *accomplice*

4. $1,000,000 to be awarded by the Hawaii Civil Rights office for negligence and discrimination. — *accomplice*

5. $1,000,000 to be awarded by The Church of Jesus Christ of Latter-day Saints Employment Services for placing me in a harassing and hostile workplace *collaborating* environment. The Church of Jesus Christ of Latter-day Saints Employment *accomplice* Services did not give me a protocol to follow in case of harassment.

6. $500,000 to be awarded by Clifford and Teresa Jamile for overt and recurring religious and sexual harassment while at work as they were my managers.

However, with further and formal legal counsel my request for money damages may increase. I do believe that what has happened by the Hawaii Civil Rights Office, by ProService, and by The Church Of Jesus Christ Of Latter-Day Saints Employment Services is very unfortunate and should not have happened. I believe that Clifford and Teresa Jamile, while they did act out of understandable indignant rage from being fired, they should have been stopped from further damages by the Hawaii Civil Rights Office through an effective investigation.

I do not claim to know what is defined as reasonable and fair compensation, but if a judge can sue for $1,000,000 for damaged pants, then 3.5 million for emotional and career damages is reasonable pocket change to the judicial system. I want to leave a lasting sting with all of the entities listed above as they have left a lasting sting on me.

I have many times been forced into change with work before I felt like I was ready for it, and I have always turned to my Mormon bishop for counsel during those times of crisis. I have often wondered how a bishop would behave if he was fired or forced to leave his job for whatever reason. How would a bishop behave if he was in crisis? Seeing Clifford and Teresa handle their problems with so much rage and manipulation has been more than I would have imagined. I have been forced to understand that our sexual harassment laws are outdated and mismanaged. They have been used for their own circus for harassment. In this specific case they have not been used as a solution or to protect, but to violate. They have been used to violate my religious freedom.