Sauer v. Church of Jesus Christ of Latter-day Saints Employment Services
Case 1:07-cv-00291-DAE-BMK   Document 3   Filed 05/29/2007   Page 1 of 1
Doc. 3

ORIGINAL

CIVIL NO. **CV07 00291 DAE BMK**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 29 2007

at \_\_ o'clock and \_\_ min. \_\_ M
SUE BEITIA, CLERK

☒ **ORDER SETTING RULE 16 SCHEDULING CONFERENCE**

☐ **NOTICE SETTING STATUS CONFERENCE**

You are hereby ORDERED to appear for a Scheduling Conference/Status Conference on __08/27/07__ at 9:00 a.m. before

☒ Magistrate Judge Barry M. Kurren in Courtroom 6

☐ Magistrate Judge Leslie E. Kobayashi in Courtroom 7

☐ Magistrate Judge Kevin S.C. Chang in Courtroom 5

Pursuant to Rule 16 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") and Local Rule 16.2 of the Rules of the United States District Court for the District of Hawaii ("L.R."):

Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.

Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.

Failure to file and/or failure to attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii   MAY 2 9 2007   _____.

HELEN GILLMOR
Chief, U.S. District Judge

I hereby acknowledge receipt of the Order Setting Rule 16 Scheduling Conference/Status Conference.

Date __MAY 2 9 2007__
RECEIVED BY MAIL
Sign _____
Atty ( ) Secy ( ) Messenger ( )

**THIS RULE 16 ORDER/NOTICE OF STATUS CONFERENCE IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT. PLEASE DO NOT REMOVE.)**