CC: DAE

NAME: Jackie Sauer
MAILING ADDRESS: 820 Chalcedony Street
CITY, STATE, ZIP CODE: San Diego, CA 92109
TELEPHONE NUMBER: 858-531-2525
FACSIMILE AND E-MAIL (if applicable):

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 29 2007
at 12 o'clock and 00 min. P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

Jackie Sauer,
    Plaintiff,

vs.

Church of Jesus Christ of Latter-day Saints Employment Services,
    Defendant(s).

) CIVIL NO. CV 07 00291 DAE BMK
)
) REQUEST FOR APPOINTMENT OF
) COUNSEL UNDER THE CIVIL RIGHTS
) ACT OF 1964; 42 U.S.C. § 2000e-5(f)(1)(B);
) DECLARATION IN SUPPORT OF REQUEST
)

1.   I, the Plaintiff in the above-entitled employment discrimination action, request that the Court appoint an attorney to represent me in this matter. In support of this request, I stat as follows:

   A.   My claim is meritorious (that is, I have a good case),

   B.   I have made a reasonably diligent effort to obtain counsel,

   C.   I am unable to find an attorney willing to represent me on terms that I can afford.

EEO 3

2. A copy of the Notice-of-Right-to-Sue Letter that I received from the Equal Employment Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3. A. Does the Notice-of-Right-to-Sue Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

    _____ Yes      \_\_\_X_____ No

**IF YOUR ANSWER IS "YES" YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C**

   B. Do you question the correctness of the Commission's "no reasonable cause" determination?

    _____ Yes      _____ No

C. If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination? <u>Be specific and support your objections with fact. Do not simply repeat the allegations made in your complaint; the Court will review your complaint in considering this request for counsel.</u>

(1) _____

_____

_____

_____

_____

_____

(2) _____

_____

_____

_____

_____

_____

(3) _____

_____

_____

_____

_____

(4) _____

_____

_____

_____

_____

If more space is needed, you may add one additional sheet of paper <u>or</u> write down your additional comments on the reverse side of this page.

EEO 3 - Page 3

4. I have contacted the following attorneys and requested that they represent me in this matter:

| | NAME | ADDRESS | PHONE NUMBER |
|---|---|---|---|
| (1) | Randall Chai | 1088 Bishop | 533-7471 |
| (2) | Shawn Luiz | 810 Richards | 538-0500 |
| (3) | Peter Pong | 223 S. King | 531-7664 |
| (4) | Randall Rosenberg | 737 Bishop | 536-4270 |
| (5) | Everett Cuskaden | 707 Richards | 545-1331 |
| (6) | Michael Cruiz | 49 S. Hotel St. | 275-1200 |

5. I cannot afford to obtain a private attorney. The details of my financial situation are listed below.

   A. <u>Employment</u>

   Are you employed now:  ☒ Yes   ☐ No   ☐ Self Employed

   Name and address of employer: _$8/hr at Longs Drug_

   If employed, "YES", how much do you earn per month?  $ _8/hr_

   If unemployed, "NO", give month and year of last employment _____
   How much did you earn per month?  $ _____

   If married, is your Spouse employed?   ☐ Yes   ☐ No

   IF YES, how much does your Spouse earn per month?  $ _____

   If a minor under age 18, what is/are your Parents' or Guardian's approximate monthly income?  $ _____

B. <u>Assets</u>

1. <u>Other Income</u>

Have you received within the past 12 months any income from a business, profession, or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments or other sources?

☐ Yes    ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES:

| Received | Sources |
|---|---|
| $ | |
| $ | |
| $ | |

2. <u>Cash</u>

Have you any cash on hand or money in savings or checking accounts?

☐ Yes    ☒ No    IF YES, state the total amount $_____

3. <u>Property</u>

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

☐ Yes    ☒ No

IF YES, GIVE VALUE AND DESCRIBE THE PROPERTY

| Value | Description |
|---|---|
| $ | |
| $ | |
| $ | |

C. Obligations and Debts

1. Dependents

Marital Status     Total No. of Dependents     [List persons you actually support and your relationship to them:

☒ single     /_____/

☐ married

☐ widowed

2. Debts and Monthly Bills

List all creditors, including banks, loan companies, charge accounts, etc.

| | Creditors | Total Debt | Monthly Payment |
|---|---|---|---|
| Rent | Willy Lindemeyr | | $650 |
| Mortgage on Home | | | |
| Sallie Mae Loan | SMSL - Student loan | $3,900 | $36 |
| | | | |
| | | | |
| | | | |
| | | | |

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT.

_5/17/07_
(Date)

_Jackie Sauer_
(Signature of Plaintiff)

(Notarization is <u>not</u> required)

EEO 3 - Page 7