IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACKIE SAUER, ) | CV. NO. 07-00291 DAE-BMK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHURCH OF JESUS CHRIST OF ) | |
| LATTER-DAY SAINTS ) | |
| EMPLOYMENT SERVICES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

ORDER DISMISSING CASE FOR FAILURE TO PAY COURT FILING FEES

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing.  On May 29, 2007, Plaintiff Jackie Sauer filed an Application To Proceed Without Prepayment of Fees ("Application"), which the Court denied without prejudice on June 28, 2007.  The Court's decision was based on Plaintiff's earnings and savings, with an assumption that Plaintiff worked a 40-hour workweek, without any evidence to the contrary.  Notwithstanding, the Court gave Plaintiff the opportunity to correct that assumption if necessary, finding that "[s]hould Plaintiff reapply for in forma pauperis to reflect the actual hours that she works per week, she may do so in a timely manner."

The Court further indicated that the failure to reapply or to pay the requisite filing fee would result in dismissal of this action.  See generally In re Perroton, 958 F.2d 889 (9th Cir. 1992) (affirming dismissal of bankruptcy appeal for failure to pay required filing fees).  As Plaintiff has failed to reapply for in forma pauperis or to pay the requisite filing fees, the Court hereby DISMISSES the instant action.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, August 27, 2007.



_____
David Alan Ezra
United States District Judge


Jackie Sauer vs. Church of Jesus Christ of Latter-Day Saints Employment Services, Civil No. 07-00291 DAE-BMK; ORDER DISMISSAL CASE FOR FAILURE TO PAY COURT FILING FEES