AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| JACKIE SAUER,<br><br>    Plaintiff,<br><br>    V.<br><br>CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS EMPLOYMENT SERVICES,<br><br>    Defendant. | JUDGMENT IN A CIVIL CASE<br><br>Case: CIVIL 07-00291DAE-BMK |

[✓]  **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Action is DISMISSED, and Dismissed as pursuant to the "ORDER DISMISSING CASE FOR FAILURE TO PAY COURT FILING FEES" filed on August 28, 2007.

| August 28, 2007 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |